<div style="writing-mode: vertical-rl">SALTZMAN MUGAN DUSHOFF PLLC — 1835 Village Center Circle, Las Vegas, Nevada 89134 — Tel: (702) 405-8500 / Fax: (702) 405-8501</div>

**SALTZMAN MUGAN DUSHOFF**
JOEL Z. SCHWARZ
Nevada Bar No. 009181
jschwarz@nvbusinesslaw.com
ELIZABETH FRIEDMAN
Nevada Bar No. 014472
efriedman@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501

*Attorneys for Defendant*
*University Medical Center of Southern Nevada*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KATHERINE AMES, <br><br> Plaintiff <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a non-profit organization; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive <br><br> Defendant | CASE NO. 2:24-cv-02369-CDS-DJA <br><br> **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KATHERINE AMES ("Plaintiff") and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, that this matter having been amicably and finally resolved between

/ / /

/ / /

/ / /

/ / /

/ / /

the Parties, the entire action may be dismissed with prejudice, with all Parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 15th day of May 2025.  Dated this 15th day of May 202.

**JENNINGS & FULTON, LTD.**  **SALTZMAN MUGAN DUSHOFF**

By  */s/ Logan G. Willson*  By  */s/ Joel Z. Schwarz*
  ADAM R. FULTON, ESQ.    JOEL Z. SCHWARZ
  Nevada Bar No. 11572    Nevada Bar No. 009181
  LOGAN G. WILLSON, ESQ.    ELIZABETH FRIEDMAN.
  Nevada Bar No. 14967    Nevada Bar No. 014472
  2580 Sorrel Street    1835 Village Center Circle
  Las Vegas, NV 89146    Las Vegas, Nevada  89134

*Attorneys for Plaintiff*  *Attorneys for Defendant*
*Katherine Ames*  *University Medical Center of Southern Nevada*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  May 16, 2025

Respectfully Submitted:

**SALTZMAN MUGAN DUSHOFF**


By  */s/ Joel Z. Schwarz*
  JOEL Z. SCHWARZ
  ELIZABETH FRIEDMAN.
  1835 Village Center Circle
  Las Vegas, Nevada 89134

*Attorneys for Defendant*
*University Medical Center of Southern Nevada*

*Katherine Ames v. University Medical Center of Southern Nevada*/Case No. 2:24-cv-02369-CDS-DJA
Stipulation and [Proposed] Order to Dismiss All Claims With Prejudice